# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SHAWN LADD and SHANON JETERS**,

**Plaintiffs,**

**v.**                                                          **No. 14-0650-DRH**

**STUART W. RIDINGS, et al.,**

**Defendants.**

## ORDER

**HERNDON, Chief Judge:**

      Now before the Court is plaintiffs' motion to strike affirmative defenses (Doc. 10).   Plaintiffs maintain that the affirmative defenses fail to state a legal defense to plaintiffs' claims and that that they are not well taken.   Defendants oppose the motion (Doc. 11).   The Court agrees with defendants' reasoning.   Defendants' affirmative defenses adequately notify plaintiffs of the defenses that defendants are asserting in this matter.    Also, this case is in the early stages as the Scheduling and Discovery Order has not been entered and discovery may provide the factual bases for these affirmative defenses.   Thus, the Court **DENIES** the motion to strike affirmative defenses (Doc. 10).

      **IT IS SO ORDERED.**

      Signed this 29th day of July, 2014.

Digitally signed by David R. Herndon
Date: 2014.07.29
10:04:14 -05'00'

**Chief Judge**
**United States District Court**