UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

SHAWN LADD et al,

    Plaintiffs,

v.

STUART W. RIDINGS, et al,

    Defendant.                           No. 14-cv-650-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 25), entered on May 6, 2015, this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:    /s/*Caitlin Fischer*
                                              Deputy Clerk

Dated:  May 6, 2015

                                    Digitally signed by
                                    David R. Herndon
                                    Date: 2015.05.07
                                    12:15:33 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT